1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10    VICTOR SANCHEZ-CALLE,                        1:09-cv-02095-SMS (PC)

11                  Plaintiff,                     ORDER TO SUBMIT APPLICATION
                                                   TO PROCEED IN FORMA PAUPERIS
12        v.                                       OR PAY FILING FEE WITHIN 45 DAYS

13    WAGNER,

14                  Defendant.
      _____/
15

16          Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to Bivens vs.

17    Six Unknown Agents, 403 U.S. 388 (1971).   Plaintiff has not paid the $350.00 filing fee, or

18    submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

19          Accordingly, IT IS HEREBY ORDERED that:

20          1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

21    pauperis.

22          2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

23    attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

24    the $350.00 filing fee for this action.   Failure to comply with this order will result in a

25    recommendation that this action be dismissed.

26    IT IS SO ORDERED.

27    Dated:   December 10, 2009              _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
28