Name: VICTOR SANCHEZ CALLE
CDC No: 65424-208
Address: P.O. BOX 3001-0001
CALIFORNIA CITY, CA 93504

**FILED**

DEC 23 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

VICTOR SANCHEZ CALLE
Plaintiff/Petitioner,

vs.

WAGNER,
Defendants/Respondent.

CASE NUMBER: 1:09-cv02095-SMS (PC)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, Victor Sanchez Calle, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ✓ Yes  __ No  (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. CCA CALIFORNIA CITY or CCCC

2. Are you currently employed (includes prison employment)?  ✓ Yes  __ No

   a. If the answer is "yes" state the amount of your pay. $26.18 FOR MONTH

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:  __ Yes  ✓ No

   b. Rent payments, interest or dividends:  __ Yes  ✓ No

-1-

    c.    Pensions, annuities or life insurance payments:   ___ Yes   ✓ No

    d.    Disability or workers compensation payments:   ___ Yes   ✓ No

    e..    Gifts or inheritances:   ✓ Yes   ___ No

    f.    Any other sources:   ___ Yes   ✓ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received **and** what you expect you will continue to receive (attach an additional sheet if necessary). *My wife sends me $30.00 every 90 days.*

4.    Do you have cash (includes balance of checking or savings accounts)?   ___ Yes   ✓ No

If "yes" state the total amount: _____0_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ___ Yes   ✓ No

If "yes" describe the property and state its value: _____

6.    Do you have any other assets?   ___ Yes   ✓ No

If "yes," list the asset(s) and state the value of each asset listed:

7.    List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

*None - Support*
*ISABEL SANCHEZ - DOUGHTER*
*DAYSI SANCHEZ WIFE*

**IMPORTANT:**   This form must be dated and signed below in order for the court to consider your application.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

*12-17-2009*
DATE

SIGNATURE OF APPLICANT

NOTE:    Within sixty days from the date of this application you must forward to the court a certified copy of your prison trust account statement showing transactions for the past six months.

(Revised 01/2008)

# CALIFORNIA CITY CORRECTIONAL FAC
## ACCOUNT STATEMENT from 6/1/2009 to 12/18/2009

Print Date: 12/18/2009
Print Time: 1:07:07PM

SANCHEZ-CALLE, VICTOR ANGEL
Agency #: 65424208
CCA #: 1324060
HOUSING: K/02/102/L

Page 3 of 5

**Account 1:**

Current Balance Information

| | | |
|---|---|---|
| Escrow Account: | $ | 153.26 |
| Cost Recovery Owed: | $ | 0.00 |
| | $ | 0.00 |

## Account 1 Transactions

BALANCE AT BEGINNING OF DATE RANGE - 6/1/2009 -------- 255.37

| Transaction Date | | From | Transaction Code | | Amount | Effective Balance | Current Balance | Cost Recovery Balance | Note |
|---|---|---|---|---|---|---|---|---|---|
| 06/02/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -28.45 | 226.92 | 226.92 | 0.00 | COMMISSARY SUMMARY POSTING |
| 06/09/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -16.20 | 210.72 | 210.72 | 0.00 | COMMISSARY SUMMARY POSTING |
| 06/15/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -15.30 | 195.42 | 195.42 | 0.00 | COMMISSARY SUMMARY POSTING |
| 06/26/2009 | JOB PAY - NONREIMBURSABLE | | JN | Deposit | 26.18 | 221.60 | 221.60 | 0.00 | FAITH BASE/ JUNE 09 PAY |
| 06/26/2009 | FRP PAYMENT | | FP | Withdrawal | -25.00 | 196.60 | 196.60 | 0.00 | FRP PAYMENT Ck# 37957 |
| 06/29/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -26.00 | 170.60 | 170.60 | 0.00 | COMMISSARY SUMMARY POSTING |
| 07/02/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -7.35 | 163.25 | 163.25 | 0.00 | COMMISSARY SUMMARY POSTING |
| 07/05/2009 | MONEY ORDER | | MO | Deposit | 30.00 | 193.25 | 193.25 | 0.00 | DAYSI SANCHEZ SANJOSE CA |
| 07/17/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -27.60 | 165.65 | 165.65 | 0.00 | COMMISSARY SUMMARY POSTING |
| 07/23/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -19.60 | 146.05 | 146.05 | 0.00 | COMMISSARY SUMMARY POSTING |
| 07/27/2009 | COMMISSARY PURCHASE | | CO | Withdrawal | -20.40 | 125.65 | 125.65 | 0.00 | COMMISSARY SUMMARY POSTING |
| 07/30/2009 | COMMISSARY REVERSAL | | CRV | Withdrawal | 1.90 | 127.55 | 125.65 | 1.90 | COMMISSARY SUMMARY REVERSAL |
| 07/30/2009 | COMMISSARY REVERSAL | | CRV | Withdrawal | 1.50 | 129.05 | 125.65 | 3.40 | COMMISSARY SUMMARY REVERSAL |
| 07/30/2009 | COMMISSARY REVERSAL | | CRV | Withdrawal | 1.80 | 130.85 | 125.65 | 5.20 | COMMISSARY SUMMARY REVERSAL |

INMATE ACCOUNT SUMMARY    *indicates transaction reversed    Page 1 of 3

# CALIFORNIA CITY CORRECTIONAL FAC

## ACCOUNT STATEMENT from 6/1/2009 to 12/18/2009

Print Date: 12/18/2009
Print Time: 1:07:09PM

| Date | Type | Code | Trans | Amount | Balance | * | Description |
|---|---|---|---|---|---|---|---|
| 07/30/2009 | COMMISSARY REVERSAL | CRV | Withdrawal | 1.40 | 132.25 | 6.60 | COMMISSARY SUMMARY REVERS |
| 07/30/2009 | COMMISSARY REVERSAL | CRV | Withdrawal | 1.60 | 133.85 | 8.20 | COMMISSARY SUMMARY REVERS |
| 07/30/2009 | COMMISSARY REVERSAL | CRV | Withdrawal | 2.20 | 136.05 | 0.00 | COMMISSARY SUMMARY REVERS |
| 07/2009 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 27.37 | 163.42 | 0.00 | FAITHBASE PAY - JULY 09 |
| 08/14/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -10.90 | 141.12 | 0.00 | COMMISSARY SUMMARY POSTING |
| 08/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -11.40 | 152.02 | 0.00 | COMMISSARY SUMMARY POSTING |
| 08/2009 | | IA | Withdrawal | 0.00 | 163.42 | 0.00 | |
| 08/2009 | MONEY ORDER | MO | Deposit | 30.00 | 160.89 | 0.00 | DAYSI SANCHEZ-SAN JOSE,CA. |
| 08/2009 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 27.37 | 130.89 | 0.00 | JOB PAY AUG. 2009 - FAITHBASE |
| 08/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -15.85 | 103.52 | 0.00 | COMMISSARY SUMMARY POSTING |
| 08/2009 | COMMISSARY PURCHASE | CC | Withdrawal | -21.75 | 119.37 | 0.00 | COMMISSARY SUMMARY POSTING |
| 09/2009 | COMMISSARY REVERSAL | CRV | Withdrawal | 16.50 | 144.39 | 0.00 | COMMISSARY SUMMARY REVERS |
| 09/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -14.40 | 129.99 | 0.00 | COMMISSARY SUMMARY POSTING |
| 09/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -16.50 | 127.89 | 0.00 | COMMISSARY SUMMARY POSTING |
| 09/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -16.50 | 144.39 | 0.00 | COMMISSARY SUMMARY POSTING |
| 09/01/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -16.50 | 160.89 | 0.00 | COMMISSARY SUMMARY POSTING |
| 09/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -8.75 | 121.24 | 0.00 | COMMISSARY SUMMARY POSTING |
| 09/17/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -12.32 | 108.92 | 0.00 | COMMISSARY SUMMARY POSTING |
| 09/2009 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 26.18 | 135.10 | 0.00 | FAITH BASE/ SEPTEMBER 09 PAY |
| 09/2009 | FRP PAYMENT | FP | Withdrawal | -25.00 | 110.10 | 0.00 | FRP Payment Check #38485 OR |
| 10/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -10.00 | 100.10 | 0.00 | COMMISSARY SUMMARY POSTING |
| 10/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -25.10 | 75.00 | 0.00 | COMMISSARY SUMMARY POSTING |
| 10/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -10.30 | 64.70 | 0.00 | COMMISSARY SUMMARY POSTING |
| 10/2009 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 16.66 | 81.36 | 0.00 | OCTOBER PAY/ FAITH BASE |
| 11/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -17.90 | 63.46 | 0.00 | COMMISSARY SUMMARY POSTING |
| 11/13/2009 | MONEY ORDER | MO | Deposit | 30.00 | 93.46 | 0.00 | ISABEL CALLE CAMPBELL, CA |
| 11/16/2009 | MONEY ORDER | MO | Deposit | 40.00 | 133.46 | 0.00 | DAYSI SANCHEZ,SAN JOSE, CA |
| 11/23/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -13.90 | 119.56 | 0.00 | COMMISSARY SUMMARY POSTING |

INMATE ACCOUNT SUMMARY

*indicates transaction reversed

# CALIFORNIA CITY CORRECTIONAL FAC

Print Date: 12/18/2009
Print Time: 1:07:09PM

## ACCOUNT STATEMENT from 6/1/2009 to 12/18/2009

| Date | Type | | Action | Amount | Balance | | Description |
|---|---|---|---|---|---|---|---|
| 11/27/2009 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 24.99 | 144.55 | 0.00 | NOVEMBER 09/ FAITH BASED PAY |
| 11/27/2009 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 22.16 | 166.71 | 0.00 | FAITH BASE/ RELEASE PAY DEC 09 |
| 11/30/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -13.90 | 152.81 | 0.00 | COMMISSARY SUMMARY POSTING |
| 12/2/2009 | JOB PAY - NONREIMBURSABLE | JN | Deposit | 0.45 | 153.26 | 0.00 | FAITH BASE RELEASE PAY |
| 12/0/2009 | | IA | Withdrawal | 0.00 | 153.26 | 153.26 | COMMISSARY SUMMARY POSTING |

**SUMMARY OF TRANSACTIONS**    -102.11

INMATE ACCOUNT SUMMARY

*indicates transaction reversed

Page 3 of 3