# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SANCHEZ-CALLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAGNER,<br><br>　　　　Defendant.<br>_____ / | CASE NO. 1:09-cv-02095-GBC PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

　　　　Plaintiff Victor Sanchez-Calle is a former federal prisoner proceeding pro se and in forma pauperis in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.  This action was filed on November 30, 2009.

　　　　On order was issued on October 25, 2010, dismissing the complaint, with leave to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims.

　　　　More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///

///

1       Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2 HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3 relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal
4 SHALL count as a strike under 28 U.S.C. § 1915(g).
5       IT IS SO ORDERED.

Dated:   December 14, 2010

                                              UNITED STATES MAGISTRATE JUDGE